IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
DENNIS J. DIFFER,             )
#236 916,                     )
    Plaintiff,                )
                              )
    v.                        )   CIVIL ACTION NO.
                              )   2:11-CV-572-MHT
                              )        (WO)
MICHAEL HOLLAND,              )
                              )
    Defendant.                )
```

**JUDGMNET**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that this complaint is dismissed without prejudice in accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done, this 2nd day of November, 2011.

                                       /s/ MYRON H. THOMPSON
                                    UNITED STATES DISTRICT JUDGE